UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

---------------------------------------------------------- X
LILA WAKELEY, individually and on  :
behalf of all others similarly situated,  :
 :
 : Case No.: 6:25-CV-00032
            Plaintiff,  :
 : Hon. Norman K. Moon
    v.  :
 :
THRIVEWORKS ADMINISTRATIVE  :
SERVICES, LLC and THRIVEWORKS,  :
INC.,  :
 :
            Defendants.  :
 X
----------------------------------------------------------

## MOTION TO DISMISS

Defendants Thriveworks Administrative Services, LLC and Thriveworks, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), submit this Motion to Dismiss. For grounds, these movants state as follows:

A. Plaintiff Lacks Article III Standing to Bring Her Claim Under The ECPA.

B. The Court Should Decline Discretion To Exercise Supplemental Jurisdiction Over The State Law Wiretapping Claim.

C. Plaintiff's ECPA Claim Should Be Dismissed Because Defendant Was A Party to the Communications.

D. Plaintiff Has Not Plausibly Alleged The Applicability of The ECPA's Crime-Tort Exception.

E. Plaintiff Does Not Plead Any Facts Demonstrating That Defendants Disclosed Individually Identifiable Health Information to LinkedIn or Google.

F. Plaintiff's ECPA and WESCA Claims Should Be Dismissed Because Plaintiff Consented to the Alleged Interception.

G. Plaintiff Fails to Plausible Allege That "Contents" of Communications Concerning Her Particular Health Condition Were Intercepted or Disclosed.

H. Plaintiff's Claims are Wholly or Partially Time Barred.

In further support of instant Motion, Defendants Thriveworks Administrative Services, LLC and Thriveworks, Inc. file herewith the accompanying Memorandum of Law, the Declaration of Brian G. Cesaratto, dated July 10, 2025, the Declaration of Stefanie Frank, dated July 10, 2025, and the exhibits attached thereto.

Dated: July 10, 2025         Respectfully submitted,

*/s/ Edward John Steren*
Edward John Steren
Virginia Bar Number: 88705
Brian G. Cesaratto (*pro hac vice*)
Laura DePonio (*pro hac vice*)

EPSTEIN BECKER & GREEN, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
Tel: (202) 861-1825
Fax: (202) 861-3070
ESteren@ebglaw.com
Bcesaratto@ebglaw.com
LDePonio@ebglaw.com

*Attorneys for Defendants Thriveworks Administrative Services, LLC and Thriveworks, Inc.*