CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

7/28/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

---

LILA WAKELEY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

THRIVEWORKS ADMINISTRATIVE SERVICES, LLC and THRIVEWORKS, INC.,

    Defendants.

---

Case No.: 6:25CV0032

## ORDER GRANTING MOTION TO PARTIALLY STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

Upon consideration of the Parties' Joint Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss, and good cause appearing therefrom, it is hereby **ORDERED** that the Parties' Motion is **GRANTED.**

**IT IS FURTHER ORDERED THAT:**

1. All discovery in the above-captioned action is hereby stayed from the date of this Order pending resolution of the Defendants' Motion to Dismiss, with the exception of the following:

    a. The Parties will exchange initial disclosures under Fed. R. Civ. P.26(a)(1) within 21 days, including exchanging insurance information pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv); and

    b. The Parties will negotiate and enter into a protocol for preserving and exchanging electronically stored information ("ESI") within 21 days.

2.      The Parties shall submit a Rule 26(f) discovery plan within 21 days of the Court's ruling on Defendants' motion to dismiss.

**SO ORDERED.**

Date: July 28, 2025

_____
C. Kailani Memmer
United States Magistrate Judge