UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

August 20, 2025
LAURA A. AUSTIN, CLERK
BY  s/ S. MELVIN
DEPUTY CLERK

| | |
|---|---|
| LILA WAKELEY, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )    Civil Action No. 6:25-cv-00032 |
| THRIVEWORKS ADMINISTRATIVE SERVICES, LLC and THRIVEWORKS, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION
## OF CANDICE A. DIAH

The Motion for *Pro Hac Vice* Admission filed on behalf of Candice A. Diah for Defendants Thriveworks Administrative Services, LLC and Thriveworks, Inc. (collectively, "Defendants" or "Thriveworks") is granted.

SO ORDERED.

Date: 8/20/2025

*s/C. Kailani Memmer*
Hon. C. Kailani Memmer
UNITED STATES MAGISTRATE JUDGE