CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/10/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LILA WAKELEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THRIVEWORKS ADMINISTRATIVE SERVICES, LLC and THRIVEWORKS, INC.,<br><br>Defendants. | Case No. 6:25-cv-00032-NKM |

## ORDER GRANTING JOINT MOTION TO STAY

Plaintiff Lila Wakeley ("Plaintiff") and Defendants Thriveworks Administrative Services, LLC and Thriveworks, Inc. ("Defendant") submitted a Joint Motion to Stay Proceedings Pending Mediation to the Court. The Court, having carefully read and considered the Joint Motion and supporting documents, and finding good cause, hereby **GRANTS** the Joint Motion to Stay Proceedings Pending Mediation through February 10, 2026.

The Court further **ORDERS** that the parties shall file a joint status report on or before February 10, 2026, or within seven (7) days of the mediation, whichever occurs first. The Court further **ORDERS** that if the mediation is unsuccessful, the parties will notify the Court so that the Court may proceed with ruling on Defendants' pending motion to dismiss in due course. Accordingly, the case is hereby **STAYED.**

IT IS SO ORDERED.

Entered: November 10, 2025

C. Kailani Memmer
United States Magistrate Judge

1