**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

|  |  |
|---|---|
| LILA WAKELEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>THRIVEWORKS ADMINISTRATIVE SERVICES, LLC and THRIVEWORKS, INC.,<br><br>            Defendants. | Case No. 6:25-cv-00032-NKM |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Lila Wakeley hereby voluntarily dismisses all claims against Defendants Thriveworks Administrative Services, LLC and Thriveworks, Inc., without prejudice.  Each party shall bear its own costs.

Dated: February 26, 2026            Respectfully submitted,


By:    */s/ Alec M. Leslie*

Bursor & Fisher, P.A.
Alec M. Leslie (*pro hac vice*)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
E-Mail: aleslie@bursor.com

Joshua Harry Erlich
1550 Wilson Blvd, Ste 700
Arlington, VA 22209
202-630-9546
Email: jerlich@erlichlawoffice.com

*Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing Joint Status Report re: Mediation with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

*/s/ Alec M. Leslie*